UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARK WIGHTMAN, ET AL.

VERSUS

LOUISIANA HEALTH SERVICES
AND INDEMNITY CO., ET AL.

CIVIL ACTION

23-760-SDD-SDJ

### RULING

The Court has carefully considered the *Motion*,[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Scott D. Johnson, dated March 10, 2025, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines to exercise jurisdiction over this case pursuant to 28 U.S.C. § 1332 (d)(4)(A) and (B),

**IT IS ORDERED** that Plaintiffs' Opposed Omnibus Motion Requesting that Judicial Notice be Taken and for *Sua Sponte* Remand[3] is **GRANTED IN PART** and this matter is **remanded** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Signed in Baton Rouge, Louisiana, on this 27 day of March, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 7.
[2] Rec. Doc. 17.
[3] Rec. Doc. 7.